**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: March 11, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Katrina Devine | |

Criminal Action No. 08-cr-00465-MSK

<u>*Parties*</u>:                                              <u>*Counsel*</u>:

UNITED STATES OF AMERICA,            Pegeen Rhyne
                                                         Tonya Andrews

        Plaintiff,

v.

CHARLES HOMER SHARP,                     Patrick Burke

        Defendant.

---

**SENTENCING MINUTES**
---

**1:38 p.m.      Court in session**.

Defendant present on bond.

**Defendant found guilty of Counts 1, 4, 15 22, 23, 30, 31, 36, 37 and 53 of the Indictment by jury on August 15, 2012. The defendant was found not guilty of Counts 2, 14, 18, 19, 24, 25, 27, 28, 32, 33, 34, and 35. The Government dismissed the remaining charges on August 20, 2012 (Doc. #1425).**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The government **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #1545)** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The defendant request for a forfeiture hearing (**Doc. #1594**) is **GRANTED**. Counsel shall jointly contact chambers to a schedule to address forfeiture.

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #1545)** is **GRANTED in part and DENIED in part.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 14 days of such designation.

**ORDER:** Bond will be exonerated at the time of surrender to the institution designated by the Bureau of Prisons

**2:58 p.m.** **Court in recess.**

Total Time: 1 hour 20 minutes.
Hearing concluded.