| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: March 21, 2013 |
| Court Reporter: Terri Lindblom | |

Criminal Action No. 08-cr-00365-MSK

*Parties*:  *Counsel Appearing:*

UNITED STATES OF AMERICA,   Pegeen Rhyne
                             Tanya Andrews

    Plaintiff,

v.

MICHAEL ARTHUR GRIGGS,   Stephen Peters
CHARLES HOMER SHARP,     Patrick Burke

    Defendants.

## SENTENCING MINUTES

HEARING:   Continuation of Sentencing hearings on March 11 and 13, 2013.

**9:06 a.m.   Court in session.**

Defendants present on bond.

The Court addresses the Government's Motion for Forfeiture (**Doc. #1544**)

**9:11 a.m.   Court in recess**
**9:23 a.m.   Court in session**

Argument.

**10:23 a.m.   Court in recess**
**10:35 a.m.   Court n session**

The Government requests to proceed on the forfeiture allegation as to defendant Griggs only.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

No further argument by counsel for defendants.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** As to defendant Sharp judgment is final and the motion for forfeiture is deemed WITHDRAWN. As to defendant Griggs the court declines to impose a forfeiture amount for the reasons stated on the record. The Motion for Forfeiture (**Doc. #1544) is DENIED.** The judgment as to defendant Griggs is final.

**ORDER:** Bond is continued until the defendants' self surrender.

**10:44 a.m.** **Court in recess.**

**Total Time: 1 hour 14 minutes.**
**Hearing concluded.**