UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00365-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **MICHAEL ARTHUR GRIGGS**,
2. CHARLES HOMER "CHIP" SHARP,
3. JUSTIN SHANE BLACKBURN,
4. MARK R. TROUDT,
5. JASON ALAN CAIN,
6. BRETT DAVID HARDING,
8. MATTHEW KASKEL,
9. GARLAND SCOTT RISDON, and
10. DANIEL JOHN TRAVERS,

        Defendants,

and

DISASTER RESTORATION, INC.,

        Intervenor.

## ORDER DENYING MOTION FOR LEAVE TO RESTRICT DOCUMENTS
## AND
## GRANTING APPLICATION FOR WRIT OF GARNISHMENT

THIS MATTER comes before the Court on the Motion for Leave to Restrict Documents (Motion) (**#1667**) filed June 20, 2013. Contained within the Motion is an Application for Writ of Garnishment. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is granted, in part, and denied, in part. The Motion is **DENIED** as to the request to restrict access to the Application for Writ of Garnishment to E*Trade, the Writ of Garnishment, and the Clerk's Notice of Writ of Garnishment. The Motion

is **GRANTED** as to the Application for Writ of Garnishment and the Clerk is directed to issue the Writ of Garnishment to E*Trade along with the Clerk's Notice of Writ of Garnishment.

DATED this 8th day of July, 2013.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge